**Form 154A**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

6

In re:                                                              Bankruptcy Case No.: 18–23929–GLT

                                                Chapter: 13

**John G. Dennison**
   Debtor(s)                                                Wendy M. Dennison

### NOTICE TO FILE PROOF OF CLAIM

NOTICE IS GIVEN THAT:

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **December 14, 2018**.

   Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

   The proof of claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self–addressed envelope or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

   There is no fee for filing the proof of claim.

   **Any creditor who has filed a proof of claim already need not file another proof of claim.**

   Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**                                           Michael R. Rhodes
   U.S. Bankruptcy Court                                                    *Clerk, U.S. Bankruptcy Court*
   c/o CLAIMS CLERK
   5414 U.S Steel Tower
   600 Grant Street
   Pittsburgh, PA 15219

Dated: 10/8/18

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-23929-GLT
John G. Dennison                                                      Chapter 13
Wendy M. Dennison
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: admin              Page 1 of 2            Date Rcvd: Oct 08, 2018
                              Form ID: 154A            Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2018.
```
db/jdb         +John G. Dennison,    Wendy M. Dennison,   506 S. Pittsburgh Street,
                 Connellsville, PA 15425-4013
14926558        Allied Interstate,    P.O. Box 1954,    Southgate, MI 48195-0954
14926560        AmeriFinancial Solutions, LLC,    P.O. Box 602570,    Charlotte, NC 28260-2570
14926559       +American InfoSource,    Mail Station N387,    2230 East Imperial Highway,
                 El Segundo, CA 90245-3504
14926564        CBCS,   P.O. Box 163333,    Columbus, OH 43216-3333
14926568      ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,   PITTSBURGH PA 15243-1477
               (address filed with court: Collection Service Center, Inc.,     363 Vanadium Road--Suite 109,
                 P.O. Box 13446,   Pittsburgh, PA 15243)
14926569      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,   COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas of Pennsylvania,     P.O. Box 117,   Columbus, OH 43216)
14926565       #Central Credit/Penn Credit Corporation,     916 14th Place,   P.O. Box 988,
                 Harrisburg, PA 17108-0988
14926566        Cherry Tree Pediatrics, P.C.,    2 Highland Park Drive,    Suite 201,   Uniontown, PA 15401-8926
14926567        Collection Professionals,    723 First Street,    La Salle, IL 61301-2535
14926570        Connellsville Municipal Authority,     P.O. Box 925,   Connellsville, PA 15425-0925
14926571       +Credit Collections, USA,    16 Distributor Drive--Suite 1,    Morgantown, WV 26501-0121
14926573        Direct TV,   P.O. Box 5007,    Carol Stream, IL 60197-5007
14926574       +Disney Movie Club,    500 South Buena Vista Street,    Burbank, CA 91521-0001
14926577       +EOS CCA,   P.O. Box 981008,    Boston, MA 02298-1008
14926576        Emergency Resource Management, Inc.,     P.O. Box 371980,   Pittsburgh, PA 15250-7980
14926578        Fayette Physician Network,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
14926579       +FirstSource Advantage, LLC,    205 Bryant Woods South,    Amherst, NY 14228-3609
14926580        Foundation Radiology Group, PC,    75 Remittance Drive #3310,    Chicago, IL 60675-1001
14926581       +Genesis Bankcard/Celtic Bank,    268 South State Street--Suite 300,
                 Salt Lake City, UT 84111-5202
14926582       +Gregory Javardian, Esq.,    1310 Industrial Boulevard,    1st Floor, Suite 101,
                 Southampton, PA 18966-4030
14926583       +Grimaldi Dental Associates,    320 Memorial Boulevard,    Connellsville, PA 15425-2643
14926584        Highlands Hospital,    401 East Murphy Avenue,    Connellsville, PA 15425-2700
14926585      #+Illinois Valley Radiology, PC,    P.O. Box 11355,    Lancaster, PA 17605-1355
14926587        National Enterprise Systems,    29125 Solon Road,    Solon, OH 44139-3442
14926589       +North Shore Agency, Inc.,    P.O. Box 9221,    Old Bethpage, NY 11804-9021
14926593       +Somerset Hospital,    225 South Center Avenue,    Somerset, PA 15501-2088
14926594        Southwestern Gastrointestinal Specialist,     300 Spring Creek Lane--Upper Level,
                 Uniontown, PA 15401-9069
14926596       +St. Thomas More Hospital,    1338 Phay Avenue,    Po Box 1317,   Canon City, CO 81215-1317
14926597       +TekCollect,   871 Park Street,    Columbus, OH 43215-1441
14926598        Uniontown Hospital,    500 West Berkeley Street,    Uniontown, PA 15401-5596
14926602        YBUY Financial,    P.O. Box 105654,    Atlanta, GA 30348-5654
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14926561         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 08 2018 22:30:14     Capital One,
                 P.O. Box 30285,   Salt Lake City, UT 84130-0285
14926562         E-mail/PDF: gecsedi@recoverycorp.com Oct 08 2018 22:30:01     CareCredit/Synchrony Bank,
                 Attn: Bankruptcy Department,    P.O. Box 965064,   Orlando, FL 32896-5064
14926563        +E-mail/Text: bankruptcy@cavps.com Oct 08 2018 22:22:30     Cavalry SPV I, LLC,
                 500 Summit Lake Drive--Suite 400,   Valhalla, NY 10595-1340
14926572         E-mail/PDF: creditonebknotifications@resurgent.com Oct 08 2018 22:30:08     Credit One Bank,
                 P.O. Box 98873,   Las Vegas, NV 89193-8873
14926575         E-mail/Text: bankruptcy.bnc@ditech.com Oct 08 2018 22:22:24     Ditech Financial, LLC,
                 Ditech Bankruptcy Department,    P.O. Box 6154,   Rapid City, SD 57709-6154
14926586         E-mail/PDF: gecsedi@recoverycorp.com Oct 08 2018 22:30:07     JC Penney/Synchrony Bank,
                 Attn: Bankruptcy Department,    P.O. Box 965060,   Orlando, FL 32896-5060
14926588         E-mail/Text: electronicbkydocs@nelnet.net Oct 08 2018 22:22:28     Nelnet Student Loan Trust,
                 Attn: Claims,   P.O. Box 82505,   Lincoln, NE 68501-2505
14926590        +E-mail/Text: egssupportservices@alorica.com Oct 08 2018 22:22:30     OSI Collection Services,
                 507 Prudential Road,   Horsham, PA 19044-2308
14926592         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 08 2018 22:30:02
                 Portfolio Recovery,   P.O. Box 12914,   Norfolk, VA 23541-1223
14926591         E-mail/Text: csc.bankruptcy@amwater.com Oct 08 2018 22:22:33     Pennsylvania American Water,
                 P.O. Box 578,   Alton, IL 62002-0578
14926595        +E-mail/Text: appebnmailbox@sprint.com Oct 08 2018 22:22:27     Sprint,   P.O. Box 8077,
                 London, KY 40742-8077
14926599        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 08 2018 22:22:20
                 Verizon,   P.O. Box 3037,   Bloomington, IL 61702-3037
14926600         E-mail/PDF: gecsedi@recoverycorp.com Oct 08 2018 22:30:08     Walmart/Synchrony Bank,
                 Attn: Bankruptcy Department,    P.O. Box 965064,   Orlando, FL 32896-5064
14926601         E-mail/Text: bankruptcy@firstenergycorp.com Oct 08 2018 22:22:28     West Penn Power,
                 P.O. Box 16001,   Reading, PA 19612-6001
                                                                                              TOTAL: 14
```

```
District/off: 0315-2          User: admin              Page 2 of 2            Date Rcvd: Oct 08, 2018
                              Form ID: 154A            Total Noticed: 46
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 8, 2018 at the address(es) listed below:
              Daniel R. White    on behalf of Debtor John G. Dennison dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Joint Debtor Wendy M. Dennison dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                         TOTAL: 4
```