FILED
10/17/18 12:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Case No. 18-23929 GLT |
| John G. Dennison and Wendy M. Dennison, | Chapter 13 |
| | Related to Docket No. 15 |
| Debtors, | |
| John G. Dennison and Wendy M. Dennison, | |
| Movants, | |
| vs. | |
| No Respondents. | Motion to Extend Time for Filing Schedules and Chapter 13 Plan |

### ORDER

And now, this ___17th Day of October,_____, 2018, the time for Debtors to file their schedules and Chapter 13 plan is hereby extended until October 29, 2018.

Prepared by Daniel R. White, Esq.

By the Court,

_____ J.
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
```

In re:                                                                 Case No. 18-23929-GLT
John G. Dennison                                                       Chapter 13
Wendy M. Dennison
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 1             Date Rcvd: Oct 17, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2018.
db/jdb         +John G. Dennison,   Wendy M. Dennison,   506 S. Pittsburgh Street,
                Connellsville, PA 15425-4013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2018 at the address(es) listed below:
              Daniel R. White    on behalf of Debtor John G. Dennison dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Joint Debtor Wendy M. Dennison dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Mary F. Kennedy    on behalf of Creditor    Green Tree Servicing LLC mary@javardianlaw.com,
               tami@javardianlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6