File No. 10573-001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| John G. Dennison and Wendy M. Dennison, | : | |
| | : | |
| Debtors. | : | Case No.  18-23929 GLT |

## AFFIDAVIT OF INCOME

John G. Dennison, Debtor in the within bankruptcy, states that From January 1, 2018, through March 31, 2018, he was employed as a driver by UPS and grossed $3,128 before he was terminated. From April 1, 2018, through June 9, 2018, he was unemployed. From June 10, 2018, through August 4, 2018, he was employed as a driver by Silvas Group, Inc. and grossed $2,555 before he was laid off. From August 5, 2018, through September 8, 2018, he was unemployed. Since September 9, 2018, he has been employed as a driver by JDS Hauling and has earned $3,010 to date. He has no income from any other source.

Wendy M. Dennison, Co-Debtor, states that she is unemployed. She currently receives food stamp benefits of $1,265 monthly. She has no income from any other source.

Proof of Debtors' income is attached.

We verify that the statements made in this affidavit are true and correct to the best of our personal knowledge or information and belief. We understand that statements herein are made subject to the penalties of 18 Pa.C.S.A. Section 4904 relating to unsworn falsifications to authorities.

_____
John G. Dennison, Debtor

_____
Wendy M. Dennison, Co-Debtor

| EMPLOYEE NAME | EMP NUM | CONTROL NUMBER | EMPLOYER INFORMATION |
|---|---|---|---|
| DENNISON, JO... | ...4 B-... | ...2310...69478 | JUSTIN D SMITH |
| S.S. NUMBER | LOC/DEPT | CLOCK # | FWT FILE | SWT/AB | |
| XXX-XX-6044 | | | H-2 | PA H- | ...MITON, PA 15479 |
| CHECK NUMBER | PERIOD BEGIN | PERIOD END | CHECK DATE | HIRE DATE | (724) 255-0058 |
| 161 | 10/07/18 | 10/13/18 | 10/19/18 | 09/10/18 | |

| LOC/DEPT | EARNINGS | RATE | HOURS | PAY | DESCRIPTION | CURRENT | MISCELLANEOUS | |
|---|---|---|---|---|---|---|---|---|
| | REGULAR | | | 990.00 | **TAXES** | 205.56 | | |
| | **TOTAL** | | | 990.00 | SOCIAL SECURITY | 61.38 | | |
| | | | | | MEDICARE | 14.36 | | |
| | | | | | FWT | 88.94 | | |
| | | | | | PENNSYLVANIA SWT | 30.39 | | |
| | | | | | PENNSYLVANIA SUI | 0.59 | | |
| | | | | | PA-260308 SOUTH | 9.90 | | |

| DESC (HRS) | YEAR-TO-DATE |
|---|---|
| **YTD GROSS** | 3,010.00 |
| REGULAR | 3,010.00 |
| **TAXES** | 643.20 |
| SOCIAL SECURITY | 186.62 |
| MEDICARE | 43.65 |
| FWT | 288.62 |
| PENNSYLVANIA SWT | 92.40 |
| PENNSYLVANIA SUI | 1.81 |
| PA-260308 SOUTH | 30.10 |

| | | | TOTAL | 0.00 | 990.00 | TOTAL | 205.56 |
|---|---|---|---|---|---|---|---|

| YTD NET PAY | 2,366.80 |
|---|---|
| DD + NET PAY | 784.44 |
| CURRENT CK NET PAY | 784.44 |

MESSAGE


PAYROLL BY BenefitMall

25 18 02:22p

PAGE: 1

JUSTIN D SMITH (002-60478)    CTL # B-1024-104745

| DEPT # | EE NAME | | HOURS | | | EARNINGS | | | TAXES DEDUCTED | | | | OTHER DEDUCTIONS | | | | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLOCK # | EE NAME | RATE | REG. | O.T. | CODED C | REG. | O.T. | CODED C | GROSS | FEDERAL W/H | SS/MC | STATE W/H | OTHER | MISC | ADVAN | LOAN | CODED C | EXP. REIMB. (CR.) |
| 6044 | DENNISON, JOHN | | | | | 102500 | | | 102500 | 9664 | 6355 1486 | 3147 PA | 62 PA SUI 1025 PA1423 | 52 PA | | 10000 | | | 80761 |

* Rates used for minimum wage validations are found on the TAX SUMMARY page with the State Tax Liability. If you are subject to anything other than the State or federal minimum wage, please notify us as soon as possible.



| EE # | EE NAME | | HOURS | | | EARNINGS | | | | TAXES DEDUCTED | | | | OTHER DEDUCTIONS | | | | NET PAY | CHECK NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEPT # | | RATE | REG. | O.T. | CODED C | REG. | O.T. | CODED C | GROSS | FEDERAL W/H | SS/MC | STATE W/H | OTHER | MISC | ADVAN | LOAN | CODED C | EXP. REIMB. (CR.) C | |
| CLOCK # | | | | | | | | | | | | | | | | | | | |
| 6044 | DENNISON, JOHN | | | | | 117500 | | | 117500 | 12964 | 7285 1704 | 3607 PA | 771 PA SUI 1175 PA1423 | | | | 40375 D | 90694 | 156 |
| | | | | | | | | | | | | | | | | | | 00 | 157 |
| | | | | | | | | | | | | | | | | | | | 155 |

*Rates used for minimum wage validations are found on the TAX SUMMARY page with the State Tax Liability. If you are subject to anything other than the State or Federal minimum wage, please notify us as soon as possible.

JUSTIN D SMITH (002-60478)

CTL # B-1003-131558

PAGE 1



Benefit Inquiry Status

## PENNSYLVANIA DEPARTMENT OF LABOR & INDUSTRY

Today's date: Thursday, October 25, 2018. As of COB, 10/23/2018, the status of your claim is as follows:

### BENEFIT PAYMENT INFORMATION

| * Claimant Name: | JOHN DENNISON |
| * Social Security Number: | XXX-XX-6044 |
| * AB Date: | 12/31/2017 |
| * Program Type: | UC |

#### Recent Payment Activity

| Week Ending Date | Amount Paid | Payment Issue Date |
|---|---|---|
| 9/15/2018 | $417.00 | 9/25/2018 |

