| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **John G. Dennison** <br> First Name   Middle Name   Last Name | Social Security number or ITIN | xxx–xx–6044 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Wendy M. Dennison** <br> First Name   Middle Name   Last Name | Social Security number or ITIN | xxx–xx–3824 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter 13 | 10/5/18 |
| Case number: | 18–23929–GLT | | |

Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                                        12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | John G. Dennison | Wendy M. Dennison |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 506 S. Pittsburgh Street <br> Connellsville, PA 15425 | 506 S. Pittsburgh Street <br> Connellsville, PA 15425 |
| 4. | **Debtor's attorney** <br> Name and address | Daniel R. White <br> Zebley Mehalov & White, p.c. <br> 18 Mill Street Square <br> P.O. Box 2123 <br> Uniontown, PA 15401 <br> U.S.A. | Contact phone 724–439–9200 <br><br> Email: dwhite@zeblaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Ronda J. Winnecour <br> Suite 3250, USX Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 | Contact phone 412–471–5566 <br><br> Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court <br> 5414 U.S. Steel Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 | Hours open: <br> Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m. <br><br> Contact phone 412–644–2700 <br><br> Date: 10/30/18 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 10, 2018 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 2/8/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/14/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/3/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**12/10/18** at **09:00 AM** , Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 18-23929-GLT
John G. Dennison                                                        Chapter 13
Wendy M. Dennison
         Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0315-2          User: dkam                  Page 1 of 3                  Date Rcvd: Oct 30, 2018
                              Form ID: 309I               Total Noticed: 61


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2018.
db/jdb         +John G. Dennison,    Wendy M. Dennison,    506 S. Pittsburgh Street,
                 Connellsville, PA 15425-4013
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
aty            +Mary F. Kennedy,    Law Offices of Gregory Javardian,    1310 Industrial Boulevard,    Suite 101,
                 Southampton, PA 18966-4030
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
14939545       +Advanced Disposal P.O. Box 266,    1192 McCellandtown Road,    McClellandtown, PA 15458-1118
14926558        Allied Interstate,    P.O. Box 1954,    Southgate, MI 48195-0954
14926560        AmeriFinancial Solutions, LLC,     P.O. Box 602570,    Charlotte, NC 28260-2570
14926559       +American InfoSource,    Mail Station N387,    2230 East Imperial Highway,
                 El Segundo, CA 90245-3504
14926564        CBCS,    P.O. Box 163333,    Columbus, OH 43216-3333
14926568      ++COLLECTION SERVICE CENTER INC,     363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
               (address filed with court: Collection Service Center, Inc.,     363 Vanadium Road--Suite 109,
                 P.O. Box 13446,    Pittsburgh, PA 15243)
14926569      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas of Pennsylvania,     P.O. Box 117,    Columbus, OH 43216)
14926565       #Central Credit/Penn Credit Corporation,     916 14th Place,    P.O. Box 988,
                 Harrisburg, PA 17108-0988
14926566        Cherry Tree Pediatrics, P.C.,    2 Highland Park Drive,    Suite 201,    Uniontown, PA 15401-8926
14926567        Collection Professionals,    723 First Street,    La Salle, IL 61301-2535
14926570        Connellsville Municipal Authority,     P.O. Box 925,    Connellsville, PA 15425-0925
14926571       +Credit Collections, USA,    16 Distributor Drive--Suite 1,    Morgantown, WV 26501-0121
14926574       +Disney Movie Club,    500 South Buena Vista Street,    Burbank, CA 91521-0001
14939546       +EMP of Fayette County, LTD,    401 East Murphy Avenue,    Connellsvlle, PA 15425-2724
14926577       +EOS CCA,    P.O. Box 981008,    Boston, MA 02298-1008
14926576        Emergency Resource Management, Inc.,     P.O. Box 371980,    Pittsburgh, PA 15250-7980
14939547       +Erie Insurance Exchange,    301 Commonwealth Drive,    Warrendale, PA 15086-7508
14926578        Fayette Physician Network,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
14926580        Foundation Radiology Group, PC,    75 Remittance Drive #3310,    Chicago, IL 60675-1001
14926581       +Genesis Bankcard/Celtic Bank,    268 South State Street--Suite 300,
                 Salt Lake City, UT 84111-5202
14926582       +Gregory Javardian, Esq.,    1310 Industrial Boulevard,    1st Floor, Suite 101,
                 Southampton, PA 18966-4030
14926583       +Grimaldi Dental Associates,    320 Memorial Boulevard,    Connellsville, PA 15425-2643
14926584        Highlands Hospital,    401 East Murphy Avenue,    Connellsville, PA 15425-2700
14926585      #+Illinois Valley Radiology, PC,    P.O. Box 11355,    Lancaster, PA 17605-1355
14926589       +North Shore Agency, Inc.,    P.O. Box 9221,    Old Bethpage, NY 11804-9021
14939549       +Pennsylvania Turnpike Commission,     Violation Processing Center,    300 East Park Drive,
                 Harrisburg, PA 17111-2729
14939550        Professional Account Management,    P.O. Box 1153,    Milwaukee, WI 53201-1153
14926593       +Somerset Hospital,    225 South Center Avenue,    Somerset, PA 15501-2088
14926594        Southwestern Gastrointestinal Specialist,     300 Spring Creek Lane--Upper Level,
                 Uniontown, PA 15401-9069
14926596       +St. Thomas More Hospital,    1338 Phay Avenue,    Po Box 1317,    Canon City, CO 81215-1317
14926597       +TekCollect,    871 Park Street,    Columbus, OH 43215-1441
14926598        Uniontown Hospital,    500 West Berkeley Street,    Uniontown, PA 15401-5596
14926602        YBUY Financial,    P.O. Box 105654,    Atlanta, GA 30348-5654

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: dwhite@zeblaw.com Oct 31 2018 02:53:15      Daniel R. White,
                 Zebley Mehalov & White, p.c.,    18 Mill Street Square,    P.O. Box 2123,    Uniontown, PA 15401,
                 U.S.A.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 31 2018 02:54:02      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Oct 31 2018 02:54:12
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
14939544       +E-mail/Text: seinhorn@ars-llc.biz Oct 31 2018 02:55:06      Ability Recovery Services,
                 P.O. Box 4031,    Wyoming, PA 18644-0031
14926561        EDI: CAPITALONE.COM Oct 31 2018 06:34:00      Capital One,    P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
14926562        EDI: RMSC.COM Oct 31 2018 06:34:00      CareCredit/Synchrony Bank,
                 Attn: Bankruptcy Department,    P.O. Box 965064,    Orlando, FL 32896-5064
14926563       +E-mail/Text: bankruptcy@cavps.com Oct 31 2018 02:54:37      Cavalry SPV I, LLC,
                 500 Summit Lake Drive--Suite 400,    Valhalla, NY 10595-1340
14926572        EDI: RCSFNBMARIN.COM Oct 31 2018 06:34:00      Credit One Bank,    P.O. Box 98873,
                 Las Vegas, NV 89193-8873
14926573        EDI: DIRECTV.COM Oct 31 2018 06:33:00      Direct TV,    P.O. Box 5007,
                 Carol Stream, IL 60197-5007
```

```
District/off: 0315-2          User: dkam                  Page 2 of 3                  Date Rcvd: Oct 30, 2018
                              Form ID: 309I               Total Noticed: 61
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14926575       E-mail/Text: bankruptcy.bnc@ditech.com Oct 31 2018 02:53:38      Ditech Financial, LLC,
                Ditech Bankruptcy Department,    P.O. Box 6154,   Rapid City, SD 57709-6154
14926579      +EDI: FSAE.COM Oct 31 2018 06:35:00      FirstSource Advantage, LLC,   205 Bryant Woods South,
                Amherst, NY 14228-3609
14939548      +EDI: PHINGENESIS Oct 31 2018 06:33:00      Indigo,   Genesis Bankcard/Celtic Bank,
                P.O. Box 4499,    Beaverton, OR 97076-4499
14926586       EDI: RMSC.COM Oct 31 2018 06:34:00      JC Penney/Synchrony Bank,   Attn: Bankruptcy Department,
                P.O. Box 965060,    Orlando, FL 32896-5060
14926587       EDI: NESF.COM Oct 31 2018 06:33:00      National Enterprise Systems,   29125 Solon Road,
                Solon, OH 44139-3442
14926588       E-mail/Text: electronicbkydocs@nelnet.net Oct 31 2018 02:54:21      Nelnet Student Loan Trust,
                Attn: Claims,    P.O. Box 82505,   Lincoln, NE 68501-2505
14926590      +E-mail/Text: egssupportservices@alorica.com Oct 31 2018 02:54:27      OSI Collection Services,
                507 Prudential Road,    Horsham, PA 19044-2308
14926592       EDI: PRA.COM Oct 31 2018 06:33:00      Portfolio Recovery,   P.O. Box 12914,
                Norfolk, VA 23541-1223
14927634      +EDI: PRA.COM Oct 31 2018 06:33:00      PRA Receivables Management, LLC,   PO Box 41021,
                Norfolk, VA 23541-1021
14926591      +E-mail/Text: csc.bankruptcy@amwater.com Oct 31 2018 02:55:09      Pennsylvania American Water,
                P.O. Box 578,    Alton, IL 62002-0578
14926595      +EDI: NEXTEL.COM Oct 31 2018 06:33:00      Sprint,   P.O. Box 8077,   London, KY 40742-8077
14934791      +E-mail/Text: electronicbkydocs@nelnet.net Oct 31 2018 02:54:21
                U.S. Department of Education c/o Nelnet,    121 South 13th Street, Suite 201,
                Lincoln, NE 68508-1911
14926599      +EDI: VERIZONCOMB.COM Oct 31 2018 06:33:00      Verizon,   P.O. Box 3037,
                Bloomington, IL 61702-3037
14926600       EDI: RMSC.COM Oct 31 2018 06:34:00      Walmart/Synchrony Bank,   Attn: Bankruptcy Department,
                P.O. Box 965064,    Orlando, FL 32896-5064
14926601       E-mail/Text: bankruptcy@firstenergycorp.com Oct 31 2018 02:54:19      West Penn Power,
                P.O. Box 16001,    Reading, PA 19612-6001
                                                                                              TOTAL: 24

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              DITECH FINANCIAL LLC
cr              Green Tree Servicing LLC
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                   TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2018 at the address(es) listed below:
```
              Daniel R. White   on behalf of Debtor John G. Dennison dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              Daniel R. White   on behalf of Joint Debtor Wendy M. Dennison dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              James Warmbrodt   on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Mary F. Kennedy   on behalf of Creditor   Green Tree Servicing LLC mary@javardianlaw.com,
               tami@javardianlaw.com
              Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
```

```
District/off: 0315-2          User: dkam              Page 3 of 3            Date Rcvd: Oct 30, 2018
                              Form ID: 309I           Total Noticed: 61
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
TOTAL: 6