IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No.18-23929 GLT |
| | : | |
| John G. Dennison and Wendy M. Dennison, | : | Chapter 13 |
| | : | |
| Debtors, | : | Document No. |
| | : | |
| | : | Hearing Date and Time: November 7, 2018, |
| John G. Dennison and Wendy M. Dennison, | : | at 10:00 a.m. |
| | : | |
| Movants, | : | Responses Due By: November 2, 2018 |
| | : | |
| vs. | : | |
| | : | |
| Ability Recovery Services, Advanced Disposal, Allied Intersate, American InfoSource, AmeriFinancial Solutions, LLC, Capital One, CareCredit.Synchrony Bank, Cavalry SPV I, LLC, CBCS, Central Cresit/Penn Credit Corporation, Cherry Tree Pediatrics, P.C., Collection Professionals, Collection Service Center, Inc., Columbia Gas of Pennsylvania, Connellsville Municipal Authority, Credit Collections, USA, Credit One Bank, Direct TV, Disney Movie Club, DiTech Financial, LLC, Emergency Resource Management, Inc., EMP of Fayette County, LTD, EOS CCA, Erie Insurance Exchange, Fayette Physician Network, irst Source Advantage, LLC, Foundation Radiology Group, PC, Gregory Javardian, Esquire, Grimaldi Dental Associates, Highlands Hospital, Illinios Valley Radiology, PC, Indigo, JC Penny, National Enterprise Systems, Nelnet Student Loan Trust, North Shore Agency, OSI Collection Services, Pennsylvania American Water, PA Turnpike Commission, Portfolio Recovery, Professional Account Management, Somerset Hospital, Southwestern Gastrointestinal Specialist, Sprint, St. Thomas More Hospital, TekCollect, Uniontown Hospital, Verizon, Walmart. West Penn Power,YBuy and Ronda J. Winnecour, Chapter 13 Trustee, | : : : : : : : : : : : : : : : : : : : : : : : : : | |
| | : | |
| Defendants/Respondents. | : | |

# CERTIFICATION OF NO OBJECTION TO
# MOTIONTO CONTINUE AUTOMATIC STAY
# REGARDING THE HEARING ON NOVEMBER 7,2018

  The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Continue the Automatic Stay filed on October 22, 2018, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Continue the Automatic Stay appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Continue the Automatic Stay were to be filed and served no later than November 2, 2018.

  It is hereby requested that the Order attached to the Motion to Continue the Automatic Stay be entered by the Court.

Dated: November 5, 2018

                ZEBLEY MEHALOV & WHITE, P.C.
                By:

                /s/ Daniel R. White
                Daniel R. White
                PA I.D. No. 78718
                P.O. Box 2123
                Uniontown, PA 15401
                724-439-9200
                E-mail: dwhite@Zeblaw.com
                Attorney for Debtors