**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**John G. Dennison**
**Wendy M. Dennison**
   Debtor(s)

Bankruptcy Case No.: 18–23929–GLT
Issued Per 12/10/2018 Proceeding
Chapter: 13
Docket No.: 41 – 23
Concil. Conf.: May 23, 2019 at 11:00 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

    IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated October 25, 2018 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☑ C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on May 23, 2019 at 11:00 AM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☐ H.   Additional Terms:

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: December 12, 2018

cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-23929-GLT
John G. Dennison                                                      Chapter 13
Wendy M. Dennison
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas              Page 1 of 2           Date Rcvd: Dec 12, 2018
                              Form ID: 149            Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2018.
```
db/jdb         +John G. Dennison,    Wendy M. Dennison,    506 S. Pittsburgh Street,
                 Connellsville, PA 15425-4013
14939545       +Advanced Disposal P.O. Box 266,    1192 McCellandtown Road,    McClellandtown, PA 15458-1118
14926558        Allied Interstate,    P.O. Box 1954,    Southgate, MI 48195-0954
14926560        AmeriFinancial Solutions, LLC,    P.O. Box 602570,    Charlotte, NC 28260-2570
14926559       +American InfoSource,    Mail Station N387,    2230 East Imperial Highway,
                 El Segundo, CA 90245-3504
14926564        CBCS,    P.O. Box 163333,    Columbus, OH 43216-3333
14926568       ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
                (address filed with court: Collection Service Center, Inc.,    363 Vanadium Road--Suite 109,
                 P.O. Box 13446,    Pittsburgh, PA 15243)
14926569       ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                (address filed with court: Columbia Gas of Pennsylvania,    P.O. Box 117,    Columbus, OH 43216)
14926565        #Central Credit/Penn Credit Corporation,    916 14th Place,    P.O. Box 988,
                 Harrisburg, PA 17108-0988
14926566        Cherry Tree Pediatrics, P.C.,    2 Highland Park Drive,    Suite 201,    Uniontown, PA 15401-8926
14926567        Collection Professionals,    723 First Street,    La Salle, IL 61301-2535
14926570        Connellsville Municipal Authority,    P.O. Box 925,    Connellsville, PA 15425-0925
14926571       +Credit Collections, USA,    16 Distributor Drive--Suite 1,    Morgantown, WV 26501-0121
14926573        Direct TV,    P.O. Box 5007,    Carol Stream, IL 60197-5007
14926574       +Disney Movie Club,    500 South Buena Vista Street,    Burbank, CA 91521-0001
14939546       +EMP of Fayette County, LTD,    401 East Murphy Avenue,    Connellsvlle, PA 15425-2724
14926577       +EOS CCA,    P.O. Box 981008,    Boston, MA 02298-1008
14926576        Emergency Resource Management, Inc.,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
14939547       +Erie Insurance Exchange,    301 Commonwealth Drive,    Warrendale, PA 15086-7508
14926578        Fayette Physician Network,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
14926579       +FirstSource Advantage, LLC,    205 Bryant Woods South,    Amherst, NY 14228-3609
14926580        Foundation Radiology Group, PC,    75 Remittance Drive #3310,    Chicago, IL 60675-1001
14926581       +Genesis Bankcard/Celtic Bank,    268 South State Street--Suite 300,
                 Salt Lake City, UT 84111-5202
14926582       +Gregory Javardian, Esq.,    1310 Industrial Boulevard,    1st Floor, Suite 101,
                 Southampton, PA 18966-4030
14926583       +Grimaldi Dental Associates,    320 Memorial Boulevard,    Connellsville, PA 15425-2643
14926584        Highlands Hospital,    401 East Murphy Avenue,    Connellsville, PA 15425-2700
14940037       +Illinois Valley Radiology,    C/O Collection Professionals Inc.,    723 First St.,
                 LaSalle, IL 61301-2535
14926587        National Enterprise Systems,    29125 Solon Road,    Solon, OH 44139-3442
14926589       +North Shore Agency, Inc.,    P.O. Box 9221,    Old Bethpage, NY 11804-9021
14939549       +Pennsylvania Turnpike Commission,    Violation Processing Center,    300 East Park Drive,
                 Harrisburg, PA 17111-2729
14939550        Professional Account Management,    P.O. Box 1153,    Milwaukee, WI 53201-1153
14926593       +Somerset Hospital,    225 South Center Avenue,    Somerset, PA 15501-2088
14926594        Southwestern Gastrointestinal Specialist,    300 Spring Creek Lane--Upper Level,
                 Uniontown, PA 15401-9069
14926596       +St. Thomas More Hospital,    1338 Phay Avenue,    Po Box 1317,    Canon City, CO 81215-1317
14926597       +TekCollect,    871 Park Street,    Columbus, OH 43215-1441
14926598        Uniontown Hospital,    500 West Berkeley Street,    Uniontown, PA 15401-5596
14926602        YBUY Financial,    P.O. Box 105654,    Atlanta, GA 30348-5654
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14939544       +E-mail/Text: seinhorn@ars-llc.biz Dec 13 2018 04:02:44      Ability Recovery Services,
                 P.O. Box 4031,    Wyoming, PA 18644-0031
14926561        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 13 2018 03:59:12      Capital One,
                 P.O. Box 30285,    Salt Lake City, UT 84130-0285
14926562        E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2018 03:58:24      CareCredit/Synchrony Bank,
                 Attn: Bankruptcy Department,    P.O. Box 965064,    Orlando, FL 32896-5064
14926563       +E-mail/Text: bankruptcy@cavps.com Dec 13 2018 04:01:54      Cavalry SPV I, LLC,
                 500 Summit Lake Drive--Suite 400,    Valhalla, NY 10595-1340
14926572        E-mail/PDF: creditonebknotifications@resurgent.com Dec 13 2018 03:57:50      Credit One Bank,
                 P.O. Box 98873,    Las Vegas, NV 89193-8873
14926575        E-mail/Text: bankruptcy.bnc@ditech.com Dec 13 2018 04:00:09      Ditech Financial, LLC,
                 Ditech Bankruptcy Department,    P.O. Box 6154,    Rapid City, SD 57709-6154
14939548       +E-mail/Text: GenesisFS@ebn.phinsolutions.com Dec 13 2018 04:02:59      Indigo,
                 Genesis Bankcard/Celtic Bank,    P.O. Box 4499,    Beaverton, OR 97076-4499
14926586        E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2018 03:57:38      JC Penney/Synchrony Bank,
                 Attn: Bankruptcy Department,    P.O. Box 965060,    Orlando, FL 32896-5060
14960083        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 13 2018 03:58:39      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14926588        E-mail/Text: electronicbkydocs@nelnet.net Dec 13 2018 04:01:30      Nelnet Student Loan Trust,
                 Attn: Claims,    P.O. Box 82505,    Lincoln, NE 68501-2505
14926590       +E-mail/Text: egssupportservices@alorica.com Dec 13 2018 04:01:40      OSI Collection Services,
                 507 Prudential Road,    Horsham, PA 19044-2308
```

```
District/off: 0315-2           User: dbas                  Page 2 of 2                   Date Rcvd: Dec 12, 2018
                               Form ID: 149                Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14926592          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 13 2018 03:58:32
                   Portfolio Recovery,    P.O. Box 12914,    Norfolk, VA 23541-1223
14927634         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 13 2018 03:57:47
                   PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14926591         +E-mail/Text: csc.bankruptcy@amwater.com Dec 13 2018 04:02:48      Pennsylvania American Water,
                   P.O. Box 578,    Alton, IL 62002-0578
14955493          E-mail/Text: bnc-quantum@quantum3group.com Dec 13 2018 04:00:28
                   Quantum3 Group LLC as agent for,    GPCC I LLC,    PO Box 788,    Kirkland, WA 98083-0788
14926595         +E-mail/Text: appebnmailbox@sprint.com Dec 13 2018 04:01:06      Sprint,   P.O. Box 8077,
                   London, KY 40742-8077
14934791         +E-mail/Text: electronicbkydocs@nelnet.net Dec 13 2018 04:01:30
                   U.S. Department of Education c/o Nelnet,   121 South 13th Street, Suite 201,
                   Lincoln, NE 68508-1911
14926599         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 13 2018 03:59:42
                   Verizon,    P.O. Box 3037,    Bloomington, IL 61702-3037
14926600          E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2018 03:59:07      Walmart/Synchrony Bank,
                   Attn: Bankruptcy Department,    P.O. Box 965064,    Orlando, FL 32896-5064
14926601          E-mail/Text: bankruptcy@firstenergycorp.com Dec 13 2018 04:01:27      West Penn Power,
                   P.O. Box 16001,    Reading, PA 19612-6001
14963476         +E-mail/Text: bankruptcy@firstenergycorp.com Dec 13 2018 04:01:26      West Penn Power,
                   5001 NASA Blvd,    Fairmont WV 26554-8248
                                                                                              TOTAL: 21

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              DITECH FINANCIAL LLC
cr              Green Tree Servicing LLC
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14926585       ##+Illinois Valley Radiology, PC,    P.O. Box 11355,    Lancaster, PA 17605-1355
                                                                                              TOTALS: 2, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2018 at the address(es) listed below:
              Daniel R. White    on behalf of Debtor John G. Dennison dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Joint Debtor Wendy M. Dennison dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              James Warmbrodt     on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Mary F. Kennedy    on behalf of Creditor   Green Tree Servicing LLC mary@javardianlaw.com,
               tami@javardianlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 6
```