File No.: 10573-001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| John G. Dennison, | : | Case No.  18-23929 GLT |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| | : | Related to Document No. |

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT AND
NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

I, Daniel R. White, Attorney for Debtors, certify that on December 20, 2018, I served a copy of the Court's December 11, 2018, wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at United Parcel Service, Attn: Payroll Manager, Mid Atlantic - 0732, 100 East Campusview Boulevard, Suite 300, Columbus, OH 43235.

Method of service: first class mail, postage prepaid.

Total number of parties served: 1

Date executed: December 20, 2018

                                            ZEBLEY MEHALOV & WHITE, P.C.
                                            BY

                                            /s/ Daniel R. White
                                                Daniel R. White
                                                PA I.D. No. 78718
                                                P.O. Box 2123
                                                Uniontown, PA 15401
                                                724-439-9200
                                                Email: dwhite@Zeblaw.com
                                                Attorneys for Debtors