2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 18-23929-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| John G. Dennison<br>506 S. Pittsburgh Street<br>Connellsville PA 15425 | Wendy M. Dennison<br>506 S. Pittsburgh Street<br>Connellsville PA 15425 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/16/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 10: Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 | NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>P.O. Box 10826<br>Greenville, SC 29603-0826 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    12/19/19

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
John G. Dennison  
Wendy M. Dennison  
    Debtors

Case No. 18-23929-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dkam     Page 1 of 1     Date Rcvd: Dec 17, 2019  
                               Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2019.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14965115      E-mail/Text: bankruptcy.bnc@ditech.com Dec 18 2019 03:23:40     Ditech Financial LLC,  
        P.O. Box 6154,   Rapid City, SD 57709-6154  
                                                                                                           TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2019                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2019 at the address(es) listed below:  
        Daniel R. White    on behalf of Debtor John G. Dennison zmwchapter13@gmail.com,  
         gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com  
        Daniel R. White    on behalf of Joint Debtor Wendy M. Dennison zmwchapter13@gmail.com,  
         gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com  
        James   Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  
        Mary F. Kennedy    on behalf of Creditor    Green Tree Servicing LLC mary@javardianlaw.com,  
         tami@javardianlaw.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                                                 TOTAL: 6