UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  JOHN G DENNISON<br>WENDY M DENNISON | CASE NO: 18-23929 GLT<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 56 |

On 8/20/2020, I did cause a copy of the following documents, described below,

Consent Order to Approve Post Petition Automobile Financing upon Chapter 13 Trustee, Ronda J. Winnecour, by electronic mail, and upon all creditors listed on the attached mailing matrix ECF Docket Reference No. 56

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/20/2020

/s/ Daniel R. White
Daniel R. White  78718
Zebley Mehalov & White, P.C.
P.O. Box 2123
Uniontown, PA  15401
724 439 9200

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JOHN G DENNISON<br>WENDY M DENNISON | CASE NO: 18-23929 GLT<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No. 56 |

On 8/20/2020, a copy of the following documents, described below,

Consent Order to Approve Post Petition Automobile Financing upon Chapter 13 Trustee, Ronda J. Winnecour, by electronic mail, and upon all creditors listed on the attached mailing matrix ECF Docket Reference No. 56

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/20/2020

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Daniel R. White
Zebley Mehalov & White, P.C.
P.O. Box 2123
Uniontown, PA  15401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CASE INFO<br> LABEL MATRIX FOR LOCAL NOTICING<br>03152<br>CASE 18-23929-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>PITTSBURGH<br>THU AUG 20 12-26-33 EDT 2020 | ABILITY RECOVERY SERVICES<br>PO BOX 4031<br>WYOMING PA 18644-0031 | ADVANCED DISPOSAL PO BOX 266<br>1192 MCCELLANDTOWN ROAD<br>MCCLELLANDTOWN PA 15458-1118 |
| ALLIED INTERSTATE<br>PO BOX 1954<br>SOUTHGATE MI 48195-0954 | AMERIFINANCIAL SOLUTIONS LLC<br>PO BOX 602570<br>CHARLOTTE NC 28260-2570 | AMERICAN INFOSOURCE<br>MAIL STATION N387<br>2230 EAST IMPERIAL HIGHWAY<br>EL SEGUNDO CA 90245-3504 |
| CBCS<br>PO BOX 163333<br>COLUMBUS OH 43216-3333 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CARECREDITSYNCHRONY BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 965064<br>ORLANDO FL 32896-5064 |
| CAVALRY SPV I LLC<br>500 SUMMIT LAKE DRIVESUITE 400<br>VALHALLA NY 10595-1340 | CENTRAL CREDITPENN CREDIT CORPORATION<br>916 14TH PLACE<br>PO BOX 988<br>HARRISBURG PA 17108-0988 | CHERRY TREE PEDIATRICS PC<br>2 HIGHLAND PARK DRIVE<br>SUITE 201<br>UNIONTOWN PA 15401-8926 |
| COLLECTION PROFESSIONALS<br>723 FIRST STREET<br>LA SALLE IL 61301-2535 | COLLECTION SERVICE CENTER INC<br>363 VANADIUM ROAD<br>STE 109<br>PITTSBURGH PA 15243-1477 | COLUMBIA GAS<br>290 W NATIONWIDE BLVD 5TH FL<br>BANKRUPTCY DEPARTMENT<br>COLUMBUS OH 43215-4157 |
| CONNELLSVILLE MUNICIPAL AUTHORITY<br>PO BOX 925<br>CONNELLSVILLE PA 15425-0925 | CREDIT COLLECTIONS USA<br>16 DISTRIBUTOR DRIVESUITE 1<br>MORGANTOWN WV 26501-0121 | CREDIT ONE BANK<br>PO BOX 98873<br>LAS VEGAS NV 89193-8873 |
| DEBTOR<br>JOHN G DENNISON<br>506 S PITTSBURGH STREET<br>CONNELLSVILLE PA 15425-4013 | WENDY M DENNISON<br>506 S PITTSBURGH STREET<br>CONNELLSVILLE PA 15425-4013 | DIRECT TV<br>PO BOX 5007<br>CAROL STREAM IL 60197-5007 |
| DISNEY MOVIE CLUB<br>500 SOUTH BUENA VISTA STREET<br>BURBANK CA 91521-0001 | DITECH FINANCIAL LLC<br>PO BOX 6154<br>RAPID CITY SD 57709-6154 | DITECH FINANCIAL LLC<br>DITECH BANKRUPTCY DEPARTMENT<br>PO BOX 6154<br>RAPID CITY SD 57709-6154 |
| EMP OF FAYETTE COUNTY LTD<br>401 EAST MURPHY AVENUE<br>CONNELLSVLLE PA 15425-2724 | EOS CCA<br>PO BOX 981008<br>BOSTON MA 02298-1008 | EMERGENCY RESOURCE MANAGEMENT INC<br>PO BOX 371980<br>PITTSBURGH PA 15250-7980 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| ERIE INSURANCE EXCHANGE<br>301 COMMONWEALTH DRIVE<br>WARRENDALE PA 15086-7508 | FAYETTE PHYSICIAN NETWORK<br>PO BOX 371980<br>PITTSBURGH PA 15250-7980 | FIRSTSOURCE ADVANTAGE LLC<br>205 BRYANT WOODS SOUTH<br>AMHERST NY 14228-3609 |
| FOUNDATION RADIOLOGY GROUP PC<br>75 REMITTANCE DRIVE 3310<br>CHICAGO IL 60675-1001 | GENESIS BANKCARDCELTIC BANK<br>268 SOUTH STATE STREETSUITE 300<br>SALT LAKE CITY UT 84111-5202 | GREGORY JAVARDIAN ESQ<br>1310 INDUSTRIAL BOULEVARD<br>1ST FLOOR SUITE 101<br>SOUTHAMPTON PA 18966-4030 |
| GRIMALDI DENTAL ASSOCIATES<br>320 MEMORIAL BOULEVARD<br>CONNELLSVILLE PA 15425-2643 | HIGHLANDS HOSPITAL<br>401 EAST MURPHY AVENUE<br>CONNELLSVILLE PA 15425-2700 | ILLINOIS VALLEY RADIOLOGY<br>CO COLLECTION PROFESSIONALS INC<br>723 FIRST ST<br>LASALLE IL 61301-2535 |
| ILLINOIS VALLEY RADIOLOGY PC<br>PO BOX 11355<br>LANCASTER PA 17605-1355 | INDIGO<br>GENESIS BANKCARDCELTIC BANK<br>PO BOX 4499<br>BEAVERTON OR 97076-4499 | JC PENNEYSYNCHRONY BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 965060<br>ORLANDO FL 32896-5060 |
| MARY F KENNEDY<br>LAW OFFICES OF GREGORY JAVARDIAN<br>1310 INDUSTRIAL BOULEVARD<br>SUITE 101<br>SOUTHAMPTON PA 18966-4030 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | NATIONAL ENTERPRISE SYSTEMS<br>29125 SOLON ROAD<br>SOLON OH 44139-3442 |
| NELNET STUDENT LOAN TRUST<br>ATTN CLAIMS<br>PO BOX 82505<br>LINCOLN NE 68501-2505 | NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICI<br>PO BOX 10826<br>GREENVILLE SC 29603-0826 | NORTH SHORE AGENCY INC<br>PO BOX 9221<br>OLD BETHPAGE NY 11804-9021 |
| OSI COLLECTION SERVICES<br>507 PRUDENTIAL ROAD<br>HORSHAM PA 19044-2308 | OFFICE OF THE UNITED STATES TRUSTEE<br>LIBERTY CENTER<br>1001 LIBERTY AVENUE SUITE 970<br>PITTSBURGH PA 15222-3721 | PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 |
| PENNSYLVANIA AMERICAN WATER<br>PO BOX 578<br>ALTON IL 62002-0578 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG PA 17128-0946 | PENNSYLVANIA DEPT OF REVENUE<br>DEPARTMENT 280946<br>PO BOX 280946<br>ATTN- BANKRUPTCY DIVISION<br>HARRISBURG PA 17128-0946 |
| PENNSYLVANIA TURNPIKE COMMISSION<br>VIOLATION PROCESSING CENTER<br>300 EAST PARK DRIVE<br>HARRISBURG PA 17111-2729 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | PROFESSIONAL ACCOUNT MANAGEMENT<br>PO BOX 1153<br>MILWAUKEE WI 53201-1153 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

QUANTUM3 GROUP LLC AS AGENT FOR
GPCC I LLC
PO BOX 788
KIRKLAND WA 98083-0788

SOMERSET HOSPITAL
225 SOUTH CENTER AVENUE
SOMERSET PA 15501-2088

SOUTHWESTERN GASTROINTESTINAL
SPECIALIST
300 SPRING CREEK LANEUPPER LEVEL
UNIONTOWN PA 15401-9069

SPRINT
PO BOX 8077
LONDON KY 40742-8077

ST THOMAS MORE HOSPITAL
1338 PHAY AVENUE
PO BOX 1317
CANON CITY CO 81215-1317

TEKCOLLECT
871 PARK STREET
COLUMBUS OH 43215-1441

US DEPARTMENT OF EDUCATION CO NELNET
121 SOUTH 13TH STREET SUITE 201
LINCOLN NE 68508-1911

UNIONTOWN HOSPITAL
500 WEST BERKELEY STREET
UNIONTOWN PA 15401-5596

VERIZON
PO BOX 3037
BLOOMINGTON IL 61702-3037

WALMARTSYNCHRONY BANK
ATTN BANKRUPTCY DEPARTMENT
PO BOX 965064
ORLANDO FL 32896-5064

JAMES WARMBRODT
KML LAW GROUP PC
701 MARKET STREET
SUITE 5000
PHILADELPHIA PA 19106-1541

WEST PENN POWER
5001 NASA BLVD
FAIRMONT WV 26554-8248

WEST PENN POWER
PO BOX 16001
READING PA 19612-6001

~~EXCLUDE
DANIEL R WHITE
ZEBLEY MEHALOV  WHITE PC
10 MILL STREET SQUARE
PO BOX 2123
UNIONTOWN PA 15401-1723~~

~~EXCLUDE
RONDA J WINNECOUR
SUITE 3250 USX TOWER
600 GRANT STREET
PITTSBURGH PA 15219-2702~~

YBUY FINANCIAL
PO BOX 105654
ATLANTA GA 30348-5654