**Form 213**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**John G. Dennison**
**Wendy M. Dennison**
  Debtor(s)

Bankruptcy Case No.: 18−23929−GLT
Related to Docket No. 61
Chapter: 13
Docket No.: 62 − 61
Concil. Conf.: May 20, 2021 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **April 29, 2021,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **May 14, 2021,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **May 20, 2021** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: March 15, 2021

cm: All Creditors and Parties In Interest

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689−4002

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23929-GLT |
| John G. Dennison | Chapter 13 |
| Wendy M. Dennison | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 1 of 3 |
| Date Rcvd: Mar 15, 2021 | Form ID: 213 | Total Noticed: 60 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John G. Dennison, Wendy M. Dennison, 506 S. Pittsburgh Street, Connellsville, PA 15425-4013 |
| 14939545 | + | Advanced Disposal P.O. Box 266, 1192 McCellandtown Road, McClellandtown, PA 15458-1118 |
| 14926558 | | Allied Interstate, P.O. Box 1954, Southgate, MI 48195-0954 |
| 14926560 | | AmeriFinancial Solutions, LLC, P.O. Box 602570, Charlotte, NC 28260-2570 |
| 14926559 | + | American InfoSource, Mail Station N387, 2230 East Imperial Highway, El Segundo, CA 90245-3504 |
| 14926564 | | CBCS, P.O. Box 163333, Columbus, OH 43216-3333 |
| 14926568 | ++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477 address filed with court:, Collection Service Center, Inc., 363 Vanadium Road--Suite 109, P.O. Box 13446, Pittsburgh, PA 15243 |
| 14926569 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of Pennsylvania, P.O. Box 117, Columbus, OH 43216 |
| 14926566 | | Cherry Tree Pediatrics, P.C., 2 Highland Park Drive, Suite 201, Uniontown, PA 15401-8926 |
| 14926567 | | Collection Professionals, 723 First Street, La Salle, IL 61301-2535 |
| 14926570 | | Connellsville Municipal Authority, P.O. Box 925, Connellsville, PA 15425-0925 |
| 14926571 | + | Credit Collections, USA, 16 Distributor Drive--Suite 1, Morgantown, WV 26501-0121 |
| 14926574 | + | Disney Movie Club, 500 South Buena Vista Street, Burbank, CA 91521-0001 |
| 14965115 | | Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 14926575 | | Ditech Financial, LLC, Ditech Bankruptcy Department, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 14939546 | + | EMP of Fayette County, LTD, 401 East Murphy Avenue, Connellsvlle, PA 15425-2724 |
| 14926577 | + | EOS CCA, P.O. Box 981008, Boston, MA 02298-1008 |
| 14926576 | | Emergency Resource Management, Inc., P.O. Box 371980, Pittsburgh, PA 15250-7980 |
| 14939547 | + | Erie Insurance Exchange, 301 Commonwealth Drive, Warrendale, PA 15086-7508 |
| 14926578 | | Fayette Physician Network, P.O. Box 371980, Pittsburgh, PA 15250-7980 |
| 14926579 | + | FirstSource Advantage, LLC, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 14926580 | | Foundation Radiology Group, PC, 75 Remittance Drive #3310, Chicago, IL 60675-1001 |
| 14926582 | + | Gregory Javardian, Esq., 1310 Industrial Boulevard, 1st Floor, Suite 101, Southampton, PA 18966-4030 |
| 14926583 | + | Grimaldi Dental Associates, 320 Memorial Boulevard, Connellsville, PA 15425-2643 |
| 14926584 | | Highlands Hospital, 401 East Murphy Avenue, Connellsville, PA 15425-2700 |
| 14940037 | + | Illinois Valley Radiology, C/O Collection Professionals Inc., 723 First St., LaSalle, IL 61301-2535 |
| 14926587 | | National Enterprise Systems, 29125 Solon Road, Solon, OH 44139-3442 |
| 15172001 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14926589 | #+ | North Shore Agency, Inc., P.O. Box 9221, Old Bethpage, NY 11804-9021 |
| 14939549 | + | Pennsylvania Turnpike Commission, Violation Processing Center, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 14939550 | | Professional Account Management, P.O. Box 1153, Milwaukee, WI 53201-1153 |
| 14926593 | + | Somerset Hospital, 225 South Center Avenue, Somerset, PA 15501-2088 |
| 14926594 | | Southwestern Gastrointestinal Specialist, 300 Spring Creek Lane--Upper Level, Uniontown, PA 15401-9069 |
| 14926596 | + | St. Thomas More Hospital, 1338 Phay Avenue, Po Box 1317, Canon City, CO 81215-1317 |
| 14926597 | + | TekCollect, 871 Park Street, Columbus, OH 43215-1441 |
| 14926598 | | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |
| 14926602 | | YBUY Financial, P.O. Box 105654, Atlanta, GA 30348-5654 |

TOTAL: 37

Case 18-23929-GLT    Doc 63    Filed 03/17/21    Entered 03/18/21 00:46:18    Desc Imaged
Certificate of Notice    Page 5 of 6

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 2 of 3 |
| Date Rcvd: Mar 15, 2021 | Form ID: 213 | Total Noticed: 60 |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14939544 | + | Email/Text: mnapoletano@ars-llc.biz | Mar 16 2021 05:49:00 | Ability Recovery Services, P.O. Box 4031, Wyoming, PA 18644-0031 |
| 14926561 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 16 2021 05:10:30 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14926562 | | Email/PDF: gecsedi@recoverycorp.com | Mar 16 2021 05:24:37 | CareCredit/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965064, Orlando, FL 32896-5064 |
| 14926563 | + | Email/Text: bankruptcy@cavps.com | Mar 16 2021 05:48:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive--Suite 400, Valhalla, NY 10595-1340 |
| 14926572 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 16 2021 04:59:21 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14926573 | | Email/Text: G06041@att.com | Mar 16 2021 05:49:00 | Direct TV, P.O. Box 5007, Carol Stream, IL 60197-5007 |
| 14926581 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 16 2021 05:50:00 | Genesis Bankcard/Celtic Bank, 268 South State Street--Suite 300, Salt Lake City, UT 84111-5202 |
| 14939548 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 16 2021 05:50:00 | Indigo, Genesis Bankcard/Celtic Bank, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 14926586 | | Email/PDF: gecsedi@recoverycorp.com | Mar 16 2021 05:24:37 | JC Penney/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14960083 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 16 2021 04:59:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14926588 | | Email/Text: electronicbkydocs@nelnet.net | Mar 16 2021 05:48:00 | Nelnet Student Loan Trust, Attn: Claims, P.O. Box 82505, Lincoln, NE 68501-2505 |
| 14926590 | + | Email/Text: egssupportservices@alorica.com | Mar 16 2021 05:48:00 | OSI Collection Services, 507 Prudential Road, Horsham, PA 19044-2308 |
| 14926592 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 16 2021 04:59:39 | Portfolio Recovery, P.O. Box 12914, Norfolk, VA 23541-1223 |
| 14965455 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 16 2021 04:59:38 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14927634 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 16 2021 05:25:09 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14926591 | + | Email/Text: csc.bankruptcy@amwater.com | Mar 16 2021 05:49:00 | Pennsylvania American Water, P.O. Box 578, Alton, IL 62002-0578 |
| 14955493 | | Email/Text: bnc-quantum@quantum3group.com | Mar 16 2021 05:47:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14926595 | | Email/PDF: ais.sprint.ebn@americaninfosource.com | Mar 16 2021 04:59:15 | Sprint, P.O. Box 8077, London, KY 40742 |
| 14934791 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 16 2021 05:48:00 | U.S. Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14926599 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 16 2021 05:45:00 | Verizon, P.O. Box 3037, Bloomington, IL 61702-3037 |
| 14926600 | | Email/PDF: gecsedi@recoverycorp.com | Mar 16 2021 05:24:37 | Walmart/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965064, Orlando, FL 32896-5064 |
| 14926601 | | Email/Text: bankruptcy@firstenergycorp.com | Mar 16 2021 05:48:00 | West Penn Power, P.O. Box 16001, Reading, PA 19612-6001 |
| 14963476 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 16 2021 05:48:00 | West Penn Power, 5001 NASA Blvd, Fairmont |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 3 of 3 |
| Date Rcvd: Mar 15, 2021 | Form ID: 213 | Total Noticed: 60 |

WV 26554-8248

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DITECH FINANCIAL LLC |
| cr | | Green Tree Servicing LLC |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14926565 | ## | Central Credit/Penn Credit Corporation, 916 14th Place, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 14926585 | ##+ | Illinois Valley Radiology, PC, P.O. Box 11355, Lancaster, PA 17605-1355 |

TOTAL: 3 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 17, 2021              Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| Daniel R. White | on behalf of Debtor John G. Dennison sheila@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;gianna@zeblaw.com |
| Daniel R. White | on behalf of Joint Debtor Wendy M. Dennison sheila@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;gianna@zeblaw.com |
| Mary F. Kennedy | on behalf of Creditor Green Tree Servicing LLC mary@javardianlaw.com  coleen@javardianlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7