Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **John G. Dennison** | : | Case No. 18−23929−GLT |
| **Wendy M. Dennison** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Related to Docket No. 61 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 3rd of May, 2021,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
John G. Dennison  
Wendy M. Dennison  
    Debtors

Case No. 18-23929-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: dbas | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 03, 2021 | Form ID: 309 | Total Noticed: 61 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John G. Dennison, 506 S. Pittsburgh Street, Connellsville, PA 15425-4013 |
| jdb | + | Wendy M. Dennison, 506 S. Pittsburgh Street, Connellsville, PA 15425-4013 |
| 14939545 | + | Advanced Disposal P.O. Box 266, 1192 McCellandtown Road, McClellandtown, PA 15458-1118 |
| 14926558 | | Allied Interstate, P.O. Box 1954, Southgate, MI 48195-0954 |
| 14926560 | | AmeriFinancial Solutions, LLC, P.O. Box 602570, Charlotte, NC 28260-2570 |
| 14926559 | + | American InfoSource, Mail Station N387, 2230 East Imperial Highway, El Segundo, CA 90245-3504 |
| 14926564 | | CBCS, P.O. Box 163333, Columbus, OH 43216-3333 |
| 14926568 | ++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477 address filed with court:, Collection Service Center, Inc., 363 Vanadium Road--Suite 109, P.O. Box 13446, Pittsburgh, PA 15243 |
| 14926569 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of Pennsylvania, P.O. Box 117, Columbus, OH 43216 |
| 14926566 | | Cherry Tree Pediatrics, P.C., 2 Highland Park Drive, Suite 201, Uniontown, PA 15401-8926 |
| 14926567 | | Collection Professionals, 723 First Street, La Salle, IL 61301-2535 |
| 14926570 | | Connellsville Municipal Authority, P.O. Box 925, Connellsville, PA 15425-0925 |
| 14926571 | + | Credit Collections, USA, 16 Distributor Drive--Suite 1, Morgantown, WV 26501-0121 |
| 14926574 | + | Disney Movie Club, 500 South Buena Vista Street, Burbank, CA 91521-0001 |
| 14965115 | | Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 14926575 | | Ditech Financial, LLC, Ditech Bankruptcy Department, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 14939546 | + | EMP of Fayette County, LTD, 401 East Murphy Avenue, Connellsvlle, PA 15425-2724 |
| 14926577 | + | EOS CCA, P.O. Box 981008, Boston, MA 02298-1008 |
| 14926576 | | Emergency Resource Management, Inc., P.O. Box 371980, Pittsburgh, PA 15250-7980 |
| 14939547 | + | Erie Insurance Exchange, 301 Commonwealth Drive, Warrendale, PA 15086-7508 |
| 14926578 | | Fayette Physician Network, P.O. Box 371980, Pittsburgh, PA 15250-7980 |
| 14926580 | | Foundation Radiology Group, PC, 75 Remittance Drive #3310, Chicago, IL 60675-1001 |
| 14926582 | + | Gregory Javardian, Esq., 1310 Industrial Boulevard, 1st Floor, Suite 101, Southampton, PA 18966-4030 |
| 14926583 | + | Grimaldi Dental Associates, 320 Memorial Boulevard, Connellsville, PA 15425-2643 |
| 14926584 | | Highlands Hospital, 401 East Murphy Avenue, Connellsville, PA 15425-2700 |
| 14940037 | + | Illinois Valley Radiology, C/O Collection Professionals Inc., 723 First St., LaSalle, IL 61301-2535 |
| 15172001 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14926589 | #+ | North Shore Agency, Inc., P.O. Box 9221, Old Bethpage, NY 11804-9021 |
| 14939549 | + | Pennsylvania Turnpike Commission, Violation Processing Center, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 14939550 | | Professional Account Management, P.O. Box 1153, Milwaukee, WI 53201-1153 |
| 14926593 | + | Somerset Hospital, 225 South Center Avenue, Somerset, PA 15501-2088 |
| 14926594 | | Southwestern Gastrointestinal Specialist, 300 Spring Creek Lane--Upper Level, Uniontown, PA 15401-9069 |
| 14926596 | + | St. Thomas More Hospital, 1338 Phay Avenue, Po Box 1317, Canon City, CO 81215-1317 |
| 14926597 | + | TekCollect, 871 Park Street, Columbus, OH 43215-1441 |
| 14926598 | | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |
| 14926602 | | YBUY Financial, P.O. Box 105654, Atlanta, GA 30348-5654 |

TOTAL: 36

Case 18-23929-GLT    Doc 65    Filed 05/05/21    Entered 05/06/21 00:44:34    Desc Imaged
                               Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: dbas | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 03, 2021 | Form ID: 309 | Total Noticed: 61 |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14939544 | + Email/Text: mnapoletano@ars-llc.biz | May 04 2021 04:19:00 | Ability Recovery Services, P.O. Box 4031, Wyoming, PA 18644-0031 |
| 14926561 | EDI: CAPITALONE.COM | May 04 2021 03:28:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14926562 | EDI: RMSC.COM | May 04 2021 03:28:00 | CareCredit/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965064, Orlando, FL 32896-5064 |
| 14926563 | + Email/Text: bankruptcy@cavps.com | May 04 2021 04:18:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive--Suite 400, Valhalla, NY 10595-1340 |
| 14926572 | Email/PDF: creditonebknotifications@resurgent.com | May 04 2021 03:26:20 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14926573 | EDI: DIRECTV.COM | May 04 2021 03:28:00 | Direct TV, P.O. Box 5007, Carol Stream, IL 60197-5007 |
| 14926579 | + EDI: FSAE.COM | May 04 2021 03:28:00 | FirstSource Advantage, LLC, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 14926581 | + EDI: PHINGENESIS | May 04 2021 03:28:00 | Genesis Bankcard/Celtic Bank, 268 South State Street--Suite 300, Salt Lake City, UT 84111-5202 |
| 14939548 | + EDI: PHINGENESIS | May 04 2021 03:28:00 | Indigo, Genesis Bankcard/Celtic Bank, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 14926586 | EDI: RMSC.COM | May 04 2021 03:28:00 | JC Penney/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14960083 | Email/PDF: resurgentbknotifications@resurgent.com | May 04 2021 03:27:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14926587 | EDI: NESF.COM | May 04 2021 03:28:00 | National Enterprise Systems, 29125 Solon Road, Solon, OH 44139-3442 |
| 14926588 | Email/Text: electronicbkydocs@nelnet.net | May 04 2021 04:18:00 | Nelnet Student Loan Trust, Attn: Claims, P.O. Box 82505, Lincoln, NE 68501-2505 |
| 14926590 | + Email/Text: egssupportservices@alorica.com | May 04 2021 04:18:00 | OSI Collection Services, 507 Prudential Road, Horsham, PA 19044-2308 |
| 14926592 | EDI: PRA.COM | May 04 2021 03:28:00 | Portfolio Recovery, P.O. Box 12914, Norfolk, VA 23541-1223 |
| 14965455 | EDI: PRA.COM | May 04 2021 03:28:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14927634 | + EDI: PRA.COM | May 04 2021 03:28:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14926591 | + Email/Text: csc.bankruptcy@amwater.com | May 04 2021 04:19:00 | Pennsylvania American Water, P.O. Box 578, Alton, IL 62002-0578 |
| 14955493 | EDI: Q3G.COM | May 04 2021 03:28:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14926595 | EDI: AISSPRINT | May 04 2021 03:28:00 | Sprint, P.O. Box 8077, London, KY 40742 |
| 14934791 | + Email/Text: electronicbkydocs@nelnet.net | May 04 2021 04:18:00 | U.S. Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14926599 | + EDI: VERIZONCOMB.COM | May 04 2021 03:28:00 | Verizon, P.O. Box 3037, Bloomington, IL 61702-3037 |
| 14926600 | EDI: RMSC.COM | May 04 2021 03:28:00 | Walmart/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965064, Orlando, FL |

| | | | | |
|---|---|---|---|---|
| | | | | 32896-5064 |
| 14926601 | | Email/Text: bankruptcy@firstenergycorp.com | May 04 2021 04:18:00 | West Penn Power, P.O. Box 16001, Reading, PA 19612-6001 |
| 14963476 | + | Email/Text: bankruptcy@firstenergycorp.com | May 04 2021 04:18:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DITECH FINANCIAL LLC |
| cr | | Green Tree Servicing LLC |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14926565 | ## | Central Credit/Penn Credit Corporation, 916 14th Place, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 14926585 | ##+ | Illinois Valley Radiology, PC, P.O. Box 11355, Lancaster, PA 17605-1355 |

TOTAL: 3 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| Daniel R. White | on behalf of Debtor John G. Dennison sheila@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;gianna@zeblaw.com |
| Daniel R. White | on behalf of Joint Debtor Wendy M. Dennison sheila@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;gianna@zeblaw.com |
| Mary F. Kennedy | on behalf of Creditor Green Tree Servicing LLC mary@javardianlaw.com coleen@javardianlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7