**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JOHN G. DENNISON<br>WENDY M. DENNISON<br>         Debtor(s)<br><br>Ronda J. Winnecour<br>         Movant<br>         vs.<br>No Respondents. | Case No.:18-23929 GLT<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 10/05/2018 and confirmed on 12/12/2018 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 24,208.47 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 24,203.47 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,500.00 | |
|    Trustee Fee | 1,213.59 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,713.59 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NEW REZ LLC D/B/A SHELLPOINT MORTG/<br>   Acct: 4357 | 0.00 | 18,699.03 | 0.00 | 18,699.03 |
| NEW REZ LLC D/B/A SHELLPOINT MORTG/<br>   Acct: 4357 | 6,765.26 | 790.85 | 0.00 | 790.85 |
| | | | | 19,489.88 |
| **Priority** | | | | |
| DANIEL R WHITE ESQ<br>   Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JOHN G. DENNISON<br>   Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ZEBLEY MEHALOV & WHITE PC<br>   Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DANIEL R WHITE ESQ<br>   Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ZEBLEY MEHALOV & WHITE PC<br>   Acct: | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| JOHN G. DENNISON<br>   Acct: | 5.00 | 5.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| ADVANCED DISPOSAL<br>Acct: 0000 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAVALRY SPV I LLC - ASSIGNEE(*)<br>Acct: 9500 | 989.99 | 0.00 | 0.00 | 0.00 |
| CAVALRY SPV I LLC - ASSIGNEE(*)<br>Acct: 6117 | 903.78 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE**<br>Acct: 7622 | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 7845 | 0.00 | 0.00 | 0.00 | 0.00 |
| CHERRY TREE PEDIATRICS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| COLUMBIA GAS OF PA INC(*)<br>Acct: 6044 | 5,225.14 | 0.00 | 0.00 | 0.00 |
| CONNELLSVILLE MUNICIPAL AUTH<br>Acct: 0904 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT ONE BANK<br>Acct: 6582 | 0.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE<br>Acct: 8935 | 599.57 | 0.00 | 0.00 | 0.00 |
| DIRECTV (*) - TRUSTEE PAYMENTS<br>Acct: 8634 | 0.00 | 0.00 | 0.00 | 0.00 |
| DISNEY MOVIE CLUB<br>Acct: 6668 | 0.00 | 0.00 | 0.00 | 0.00 |
| EMERGENCY RESOURCE MGMT++<br>Acct: 2537 | 0.00 | 0.00 | 0.00 | 0.00 |
| EMP OF FAYETTE COUNTY LTD<br>Acct: 3650 | 0.00 | 0.00 | 0.00 | 0.00 |
| ERIE INSURANCE<br>Acct: 2006 | 0.00 | 0.00 | 0.00 | 0.00 |
| EMERGENCY RESOURCE MGMT++<br>Acct: 0007 | 0.00 | 0.00 | 0.00 | 0.00 |
| FOUNDATION RADIOLOGY GROUP PC++<br>Acct: XXXIOUS | 0.00 | 0.00 | 0.00 | 0.00 |
| GRIMALDI DENTAL ASSOCIATES<br>Acct: 4517 | 433.00 | 0.00 | 0.00 | 0.00 |
| GRIMALDI DENTAL ASSOCIATES<br>Acct: 4523 | 0.00 | 0.00 | 0.00 | 0.00 |
| EMP OF FAYETTE COUNTY LTD<br>Acct: XXXIOUS | 0.00 | 0.00 | 0.00 | 0.00 |
| EMP OF FAYETTE COUNTY LTD<br>Acct: 6880 | 0.00 | 0.00 | 0.00 | 0.00 |
| ILLINOIS VALLEY RADIOLOGY<br>Acct: 6855 | 28.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 9127 | 0.00 | 0.00 | 0.00 | 0.00 |
| BRIAN C NICHOLAS ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MARY F KENNEDY ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT GPCC I L<br>Acct: 1350 | 230.60 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 7015 | 391.38 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION<br>Acct: 3824 | 33,015.26 | 0.00 | 0.00 | 0.00 |
| PA AMERICAN WATER(*) AKA AMERICAN | 0.00 | 0.00 | 0.00 | 0.00 |

| 18-23929 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 3 of 4 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | Acct: 5112 | | | | |
| | PA TURNPIKE COMMISSION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9239 | | | | |
| | SOMERSET HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | SOUTHWESTERN GASTROINTESTINAL SPI | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5701 | | | | |
| | SPRINT CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6561 | | | | |
| | ST THOMAS MORE HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0561 | | | | |
| | UNIONTOWN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXIOUS | | | | |
| | UNIONTOWN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1713 | | | | |
| | VERIZON++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5847 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 578.52 | 0.00 | 0.00 | 0.00 |
| | Acct: 9127 | | | | |
| | WEST PENN POWER* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2337 | | | | |
| | WEST PENN POWER* | 2,776.24 | 0.00 | 0.00 | 0.00 |
| | Acct: 2467 | | | | |
| | YBUY FINANCIAL LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXX | | | | |
| | TEK COLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PROFESSIONAL ACCOUNT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | OSI COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FIRSTSOURCE ADVANTAGE, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | COLLECTION PROFESSIONALS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PENN CREDIT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | EOS CCA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NATIONAL ENTERPRISE SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | COLLECTION PROFESSIONALS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDIT BUREAU COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CAVALRY** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AMERIFINANCIAL SOLUTION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ABILITY RECOVERY SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

| 18-23929 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 4 of 4 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
|    ALLIED INTERSTATE++ | | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | | |

*** N O N E ***

| TOTAL PAID TO CREDITORS | | 19,489.88 |
|---|---|---|

TOTAL CLAIMED
| PRIORITY | 0.00 |
|---|---|
| SECURED | 6,765.26 |
| UNSECURED | 45.171.48 |

Date: 06/03/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com