# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

| | |
|---|---|
| In re:<br>JOHN G. DENNISON<br>WENDY M. DENNISON<br>Debtor(s) | Case No. 18-23929GLT |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/05/2018.

2) The plan was confirmed on 12/12/2018.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 05/23/2019.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/14/2021.

5) The case was dismissed on 05/03/2021.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 32.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $40,150.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $24,208.47 |
| Less amount refunded to debtor | $5.00 |

**NET RECEIPTS:** $24,203.47

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,213.59 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,713.59

Attorney fees paid and disclosed by debtor:    $500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVANCED DISPOSAL | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE** | Unsecured | 404.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY SPV I LLC - ASSIGNEE(*) | Unsecured | 989.99 | 989.99 | 989.99 | 0.00 | 0.00 |
| CAVALRY SPV I LLC - ASSIGNEE(*) | Unsecured | 903.78 | 903.78 | 903.78 | 0.00 | 0.00 |
| CHERRY TREE PEDIATRICS | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| COLUMBIA GAS OF PA INC(*) | Unsecured | 5,100.00 | 5,225.14 | 5,225.14 | 0.00 | 0.00 |
| CONNELLSVILLE MUNICIPAL AUTH | Unsecured | 484.24 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 1,240.20 | NA | NA | 0.00 | 0.00 |
| DIRECTV (*) - TRUSTEE PAYMENTS | Unsecured | 400.02 | NA | NA | 0.00 | 0.00 |
| DISNEY MOVIE CLUB | Unsecured | 85.29 | NA | NA | 0.00 | 0.00 |
| EMERGENCY RESOURCE MGMT++ | Unsecured | 272.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY RESOURCE MGMT++ | Unsecured | 241.40 | NA | NA | 0.00 | 0.00 |
| EMP OF FAYETTE COUNTY LTD | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| EMP OF FAYETTE COUNTY LTD | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| EMP OF FAYETTE COUNTY LTD | Unsecured | 29.39 | NA | NA | 0.00 | 0.00 |
| ERIE INSURANCE | Unsecured | 296.00 | NA | NA | 0.00 | 0.00 |
| FOUNDATION RADIOLOGY GROUP P | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| GRIMALDI DENTAL ASSOCIATES | Unsecured | 433.00 | 433.00 | 433.00 | 0.00 | 0.00 |
| GRIMALDI DENTAL ASSOCIATES | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS VALLEY RADIOLOGY | Unsecured | 28.00 | 28.00 | 28.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 558.00 | 599.57 | 599.57 | 0.00 | 0.00 |
| NEW REZ LLC D/B/A SHELLPOINT M( | Secured | 0.00 | 6,765.26 | 6,765.26 | 790.85 | 0.00 |
| NEW REZ LLC D/B/A SHELLPOINT M( | Secured | 115,529.00 | 115,986.84 | 0.00 | 18,699.03 | 0.00 |
| PA AMERICAN WATER(*) AKA AMER | Unsecured | 2,483.00 | NA | NA | 0.00 | 0.00 |
| PA TURNPIKE COMMISSION | Unsecured | 332.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 642.32 | 391.38 | 391.38 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 578.52 | 578.52 | 578.52 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT GP | Unsecured | 230.00 | 230.60 | 230.60 | 0.00 | 0.00 |
| SOMERSET HOSPITAL | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWESTERN GASTROINTESTIN/ | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| SPRINT CORP(*) | Unsecured | 2,106.66 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ST THOMAS MORE HOSPITAL | Unsecured | 193.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 193.52 | NA | NA | 0.00 | 0.00 |
| UNIONTOWN HOSPITAL | Unsecured | 1,950.00 | NA | NA | 0.00 | 0.00 |
| UNIONTOWN HOSPITAL | Unsecured | 590.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 32,920.00 | 33,015.26 | 33,015.26 | 0.00 | 0.00 |
| VERIZON++ | Unsecured | 376.00 | NA | NA | 0.00 | 0.00 |
| WEST PENN POWER* | Unsecured | 1,545.15 | NA | NA | 0.00 | 0.00 |
| WEST PENN POWER* | Unsecured | 619.00 | 2,776.24 | 2,776.24 | 0.00 | 0.00 |
| YBUY FINANCIAL LLC | Unsecured | 364.50 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $18,699.03 | $0.00 |
| Mortgage Arrearage | $6,765.26 | $790.85 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$6,765.26** | **$19,489.88** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$45,171.48** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,713.59 |
| Disbursements to Creditors | $19,489.88 |
| **TOTAL DISBURSEMENTS:** | **$24,203.47** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/04/2021					By: /s/ Ronda J. Winnecour
							        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**